

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00336-CR

DAVID ANDREW BENSON, Appellant § On Appeal from the 355th District Court

§ of Hood County (CR13843)

V. § February 28, 2019

§ Per Curiam

THE STATE OF TEXAS § (nfp)

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment, incorporated order to withdraw funds, and bill of costs are modified to delete the $50 capias warrant fee. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

PER CURIAM